IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management, UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>　　　　Defendants. | CV 24–149–M–KLD<br><br><br>ORDER |

　　　The parties have filed a Stipulated Fee Settlement Agreement in which the parties stipulate to the dismissal with prejudice of the complaint in this matter. (Doc. 7 at 2). Among other terms, the parties further stipulate to a payment of $3,000 from Defendants to Plaintiff in satisfaction of all claims for attorneys fees and costs of litigation incurred in this matter to date. (Doc. 7 at 3). Plaintiff has also filed an Unopposed Motion to Dismiss with Prejudice. (Doc. 8). Accordingly,

//

//

//

IT IS ORDERED that the above-caption matter is DISMISSED WITH PREJUDICE pursuant to the terms of the Stipulated Fee Settlement Agreement. (Doc. 7).

The Clerk of Court is directed to close the case file.

DATED this 30th day of January, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge